JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Annette Finnerty, et al.,                    )          SACV 09-00721-JVS(RNBx)
                                             )
                                             )          ORDER OF DISMISSAL UPON
            Plaintiff,                       )
                                             )          SETTLEMENT OF CASE
      v.                                     )
                                             )
H & R Block, Inc., et al.,                   )
                                             )
            Defendant(s).                    )
                                             )
_____ )

        The Court having been advised by the counsel for the parties that the above-
entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without
prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the
action if settlement is not consummated.


DATED:      April 16, 2010

                                             _____
                                             James V. Selna
                                             United States District Judge